UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN WAYNE THURMAN,

    Plaintiff,

v.

Case No. 6:24-CV-1015-KCD

COMMISSIONER OF SOCIAL SECURITY,

    Defendant,
_____/

## ORDER

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment With Remand. (Doc. 22.) The Commissioner believes that remand is appropriate to offer the claimant an opportunity for a hearing, further evaluate the opinion evidence, obtain supplemental evidence from a vocational expert, and issue a new decision.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment With Remand (Doc. 22) is **GRANTED**.

2

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on October 31, 2024.

*[Signature]*
Kyle C. Dudek
United States Magistrate Judge